UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 04-20872 CR-GRAHAM MAGISTRATE JUDGE GARBER

CASE NO. _____

18 U.S.C. § 2332a(b)
18 U.S.C. § 876(c)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

KENNETH R. WEST,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

## KENNETH R. WEST,

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon

of mass destruction outside of the United States, as that term is defined in Title 18, United States

Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Consul Division,

Foreign & Commonwealth Divisonal (sic) Office, 1 Palace Street, London, England SW1E 5HE";

in violation of Title 18, United States Code, Sections 2332a(b) and 2.



## COUNT 2

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 3

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "British Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 4

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

2

**KENNETH R. WEST,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon

of mass destruction outside of the United States, as that term is defined in Title 18, United States

Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan

Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG,

United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 5

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**KENNETH R. WEST,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon

of mass destruction outside of the United States, as that term is defined in Title 18, United States

Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Prisoners Abroad

Legal Service for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill Road,

London, England N4 3JH, United Kingdom"; in violation of Title 18, United States Code, Sections

2332a(b) and 2.

## COUNT 6

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**KENNETH R. WEST,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon

of mass destruction outside of the United States, as that term is defined in Title 18, United States

Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 7

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Consul Division, Foreign & Commonwealth Divisonal [sic] Office, 1 Palace Street, London, England SW1E 5HE," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 8

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

4

## COUNT 9

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "British Foreign and Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 10

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## KENNETH R. WEST,

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 11

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

## KENNETH R. WEST,

5

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the

Postal Service, according to the directions thereon, a communication addressed to "Prisoners Abroad

Legal Services for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill

Road, London, England N43JH, United Kingdom," which communication contained a threat to

injure persons there; in violation of Title 18, United States Code, Sections 876(c) and 2.

<h3 align="center">COUNT 12</h3>

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

<h3 align="center">KENNETH R. WEST,</h3>

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the

Postal Service, according to the directions thereon, a communication addressed to "Foreign and

Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England

SW1E 5HE, United Kingdom," which communication contained a threat to injure persons there; in

violation of Title 18, United States Code, Sections 876(c) and 2.

## ADDITIONAL ALLEGATIONS

1. With respect to Counts 7-12 (Mailing Threatening Communications):

   (a) the offense resulted in substantial disruption of public, governmental or business functions or services; and

   (b) the offense resulted in a substantial expenditure of funds to clean up, decontaminate, or otherwise respond to the offense.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY

WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**04 - 20872** CR-GRAHAM

UNITED STATES OF AMERICA

vs.

KENNETH R. WEST,

Defendant.
_____/

CASE NO:

MAGISTRATE JUDGE
GARBER

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division:** (Select One)

New Defendant(s)          Yes _____   No _____
Number of New Defendants  _____
Total number of counts    _____

__X__ Miami  _____ Key West
_____ FTL    _____ WPB    _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:   (Yes or No)   __No__
    List language and/or dialect  _____

4.  This case will take   __11__   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                              (Check only one)

    I    0 to 5 days        _____         Petty      _____
    II   6 to 10 days       _____         Minor      _____
    III  11 to 20 days      __X__         Misdem.    _____
    IV   21 to 60 days      _____         Felony     __X__
    V    61 days and over   _____

6.  Has this case been previously filed in this District Court? (Yes or No)   __No__
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)   __No__
    If yes:
    Magistrate Case No.              _____
    Related Miscellaneous numbers:   _____
    Defendant(s) in federal custody as of   _____
    Defendant(s) in state custody as of   _____
    Rule 20 from the   _____   District of   _____

    Is this a potential death penalty case? (Yes or No)   __No__

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  __X__ Yes   _____ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  _____ Yes   __X__ No
    If yes, was it pending in the Central Region?   _____ Yes   _____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _____ Yes   __X__ No

JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 788716

*Penalty Sheet(s) attached

REV.1/14/04

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: **KENNETH R. WEST**

Case No **04 - 20872** CR-GRAHAM    MAGISTRATE JUDGE GARBER

Counts #: 1-6

  Threatening the use of a weapon of mass destruction

  18 U.S.C. §§2332a(b) and 2

**\* Max.Penalty:** Life imprisonment

Counts #: 7-12

  Mailing threatening communications

  18 U.S.C. §§ 876(c) and 2

**\*Max. Penalty:** Five years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

No. 04-2082

UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

Kenneth R. West,

Defendant.

## INDICTMENT

18 USC § 2332a(b)
18 USC § 876(c)
18 USC § 2

A true bill.

_____
Foreman

FGJ # 03-03 (MIA)

Filed in open court this _____

of _____ A.D. 2004

_____ day,
Clerk

Bail, $ _____