%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Southern__  District of  __Florida__

UNITED STATES OF AMERICA

vs.

KENNETH R. WEST,

Defendant.

Case Number: 04-20872-CR-GRAHAM

MAGISTRATE JUDGE GARBER

WARRANT FOR ARREST

FILED by _____ D.C.
MAG. SEC.
NOV - 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KENNETH R. WEST__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with  (brief description of offense)

Threatening the use of a weapon of mass destruction and mailing threatening communications

in violation of ___18___ United States Code, Section(s) ___2332a(b), 876(c), 2___

CLARENCE MADDOX                                    COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

/s/                                                 11/09/04, Miami, FL
Signature of Issuing Officer                        Date and Location

Bail fixed at $ _____     by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: **KENNETH R. WEST**

**Pretrial Detention**
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
JOHN C. SCHLESINGER
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): **Special Agent Tom Rice, Federal Bureau of Investigation**
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)