FILED BY_____D.C.

2004 NOV 29  PM 2: 35

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20872-CR-GRAHAM/GARBER

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| KENNETH R. WEST, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

The United States, through counsel, gives notice of the filing of the attached letter authorizing Brenda Sue Thornton to act as an attorney for the United States in this case, and "to conduct any kind of legal proceedings, civil and criminal, including grand jury proceedings, and proceedings in the Southern District of Florida, ...which United States Attorneys are authorized to conduct."

The Defendant has not yet been arrested, therefore, there is no Certificate of Service. He is in federal custody. A Write of <u>Habeas Corpus ad Prosequendum</u> has been issued for his initial



appearance, now scheduled for December 14, 2004, in the Southern District of Florida.

           Respectfully submitted,

           MARCOS DANIEL JIMENEZ
           UNITED STATES ATTORNEY

By: _____
   WILLIAM WHITE
   ASSISTANT UNITED STATES ATTORNEY
   FLORIDA BAR NO. 087204
   99 N.E. 4TH STREET
   MIAMI, FLORIDA  33132
   TEL: NO. (305 )961-9145
   FAX NO. (305) 536-4675
   Email: William.White@USDOJ.GOV


cc: Brenda Sue Thornton
   U.S. Department of Justice
   Counterterrorism Section, Criminal Division
   10th and Constitution Avenue, N.W.
   Washington, DC. 20530
   Telephone:  (202) 353-7951
   Fax:   (202) 514-8714
   Email:  Brenda.Sue.Thornton@USDOJ.GOV



U.S. Department of Justice

Criminal Division

*Office of the Assistant Attorney General*     Washington, D.C. 20530

November 22, 2004

Ms. Brenda Sue Thornton
Criminal Division
U.S. Department of Justice
Washington, DC 20530

Dear Ms. Thornton:

    As an attorney for the Government employed full time by the Department of Justice and assigned to the Criminal Division, you are hereby authorized and directed to file information and to conduct any kind of legal proceedings, civil, or criminal, including grand jury proceedings, and proceedings in the Southern District of Florida, and any other judicial district which United States Attorneys are authorized to conduct.

    You may file a copy of this letter with the Clerk of the Court to evidence this authorization.

Sincerely,

David E. Nahmias
Deputy Assistant Attorney General