# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

UNITED STATES OF AMERICA,     *
     Plaintiff[s],

                    *

VS.                 *     CASE NUMBER: 04-CR-20872
                  *     Honorable Donald L. Graham

KENNETH R. WEST,       *

IN RE: CRISTIAN NOEL IGLESIAS,  *
     Defendant,

                    *

## NOTICE OF CHANGE OF NAME AND PETITION TO REFLECT ALL COURT RECORDS PURSUANT TO 18 U.S.C. §3231 AND FED. R. CRIM. P. RULE 47(A)

**COMES NOW,** DEFENDANT, KENNETH R. WEST, pro-se and respectfully moves this Honorable Court for an Order, to the Clerk of this Court to change any and all documents bearing the name KENNETH R. WEST to reflect defendant's new name CRISTIAN NOEL IGLESIAS.  In support hereof the defendant submits the following :

**(1).**  On or about July 9, 2004 the undersigned filed a petition for a change of name pursuant to Section 68.07 of the Florida Statute in the Court of the Eleventh Judicial Circuit in and for Dade County, Florida, for a change of name on religious grounds.

**(2).**  On September 28, 2004 the Honorable SHELDON R. SCHWARTZ, granted a chnage of name for religious reasons (**Please see attached defendant's Exhibit-A herewith.**)

**(3).**  The defendant has been named in an Indictment handed down by a Grand Jury in the Southern District of Florida on November 9, 2004, as entitled above.  The defendant files the foregoing Petition out of abundance of caution, and states that it would be in the best interest of justice that defendant's name be changed from KENNETH R. WEST to CRISTIAN NOEL IGLESIAS.  Defendant's request is not for any ulterior or illegal purposes, and granting

-1-

this motion will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

**(4).** Further, the defendant would point out to this Court that any change in the charging document (Indictment) now pending before this Court in case number **04-CR-20872 Judge Graham**, would be merely format and have no effect on the substance of the allegations therein, nor would there be any prejudice to the United States of America.

**(5).** Defendant has filed a Petition to the United States District Court for the Middle District of Florida, Tampa Division, to change Case Number # 96-34-CR-T-99A Judgement & Commitment Papers to which the defendant is presently incarcerated. That Petition was filed in the Court on November 10, 2004, and is pending at this time, so the Federal Bureau of Prisons will reflect my new name. Please note my Social Security card has been changed from KENNETH RAY WEST to CRISTIAN NOEL IGLESIAS.

**WHEREFORE,** the defendant respectfully moves this Honorable Court for an Order directing the Clerk of this Court to make all necessary name-changes to the defendant's name to reflect his new name **CRISTIAN NOEL IGLESIAS** on any and all documents filed in this Court. And any other Orders to which this Court deems proper under the circumstances.

Respectfully Submitted,

*Kenneth R. West : Cristian N. Iglesias*

KENNETH R. WEST : CRISTIAN N. IGLESIAS
Fed. Reg. No. 17248-018
Federal Correctional Institution
Post Office Box 699
Estill, South Carolina   29918-0699

**INMATE COPY**

IN THE CIRCUIT COURT OF THE 11ᵗʰ JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

Case No.: **04-19619- FC-38**
FAMILY DIVISION

IN RE: THE NAME CHANGE OF

**Kenneth Ray West**,
                                Petitioner.

_____

**FILED**
SEP 28 2004
CLERK

### FINAL JUDGMENT OF CHANGE OF NAME

THIS CAUSE came before the Court on September 28, 2004, for a hearing on Petition for Change of Name under section 68.07, Florida Statutes, and it appearing to the Court that:

1.      Petitioner is a bona fide resident of Dade County, Florida;

2.      Petitioner's request is not for any ulterior or illegal purpose; and

3.      granting this petition will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

Wherefore it is **ORDERED** and **ADJUDGED** that Petitioner's present name, Kenneth Ray West, is changed to Cristian Noel Iglesias, by which Petitioner shall hereafter be known.

**DONE and ORDERED in Chambers at Miami-Dade Florida this 28ᵗʰ day September 2004.**

CIRCUIT COURT JUDGE

Judge Sheldon R. Schwartz

COPIES TO:
Petitioner - Kenneth Ray West

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office.
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk

**EXHIBIT-A**

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

STATE OF: SOUTH CAROLINA          }
                                  } SS.
COUNTY OF: HAMPTON                }

I, CRISTIAN NOEL IGLESIAS         , hereby swear (or affirm) that the attached reproduction
of FINAL JUDGMENT OF NAME CHANGE                   are true, correct and complete
photocopies of the document(s) in my possession.

*Cristian Noel Iglesias*
Signature of Custodian of Documents

P.O. BOX 699, ESTILL SC 29918-0699
Address

Subscribed and Sworn to (or affirmed)
before me on this 4 day of November,
200 4.

Signature of Notary Public

My Commission Expires
Jan. 20, 2010

_____ OPTIONAL _____

Though law does not require the information in this section, it may prove valuable to persons relying on the
documents and could prevent fraudulent removal and reattachment of this form to another documents.

### Description of Attached Document(s)

Title or Type of document(s): FINAL JUDGMENT OF NAME CHANGE

Document(s) date: SEPT.28, 2004   Identifying number: 04-19619-FC-38   No. Of pages 1

Issuing Agency: CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
                IN AND FOR DADE COUNTY, FLORIDA

**Capacity Claimed by Custodian**

[X] Individual
[ ] Corporate Officer-Title: _____
[ ] University or School Officer- Title: _____
[ ] Governmental Officer or Agent – Title: _____
[ ] Business proprietor or Manager
[ ] Attorney
[ ] Trustee
[ ] Other: _____

Custodian is representing: ORIGINAL FINAL JUDGMENT OF
CHANGE OF NAME

RIGHT THUMBPRINT
OF CUSTODIAN

TOP OF THUMB HERE

*Cristian Noel Iglesias*
CRISTIAN NOEL IGLESIAS

November 26, 2004

Kenneth R. West - Cristian N. Iglesias



Court CASE # 04-CR-20872

Honorable Donald L. Graham

RE: NOTICE OF NAME Change and Petition to Reflect All Court Records Pursuant to 18 U.S.C. § 3231 and FED. R. Crim. P. Rule 47(A).

Present name. Kenneth R. West - NEW name Cristian N. Iglesias