UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR- GRAHAM /GARBER(s)
18 U.S.C. § 2332a(b)
18 U.S.C. § 876(c)
18 U.S.C. § 2

UNITED STATES OF AMERICA

v.

KENNETH R. WEST,
a/k/a Cristian Noel Iglesias,

   Defendant.
_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,
a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Consul Division, Foreign & Commonwealth Divisonal (sic) Office, 1 Palace Street, London, England SW1E 5HE";



in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 2

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 3

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "British Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 4

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 5

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Prisoners Abroad Legal Service for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill Road, London, England N4 3JH, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 6

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

a national of the United States, did knowingly, without lawful authority, threaten the use of a weapon of mass destruction outside of the United States, as that term is defined in Title 18, United States Code, Section 2332a(c)(2)(C), namely, anthrax, in a communication addressed to "Foreign & Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom"; in violation of Title 18, United States Code, Sections 2332a(b) and 2.

## COUNT 7

On or about July 22, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Consul Division, Foreign & Commonwealth Divisonal [sic] Office, 1 Palace Street, London, England SW1E 5HE," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 8

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 9

On or about July 24, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "British Foreign and Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England SW1E 5HE, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 10

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Metropolitan Police, Office of the Commissioner, New Scotland Yard, Broadway, London, England SW1H OBG, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 11

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Prisoners Abroad Legal Services for British Nationals, I.A. – Executive Director, Attorney at Law, 89-93 Fonthill Road, London, England N43JH, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT 12

On or about July 29, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "Foreign and Commonwealth Office, Consular Division, Consular Desk Officer, 1 Palace Street, London, England

SW1E 5HE, United Kingdom," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### COUNT 13

On or about July 26, 2002, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**KENNETH R. WEST,**
**a/k/a Cristian Noel Iglesias,**

did knowingly deposit in an authorized depository for mail matter and cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to "British Vice-Consuls Office, Hugh Hunter, British Vice-Consul, Suntrust Center, Suite 2110, 200 South Orange Avenue, Orlando, Florida, 32801," which communication contained a threat to injure persons; in violation of Title 18, United States Code, Sections 876(c) and 2.

### SENTENCING ALLEGATIONS

1. With respect to Counts 1, 2, 3, 4, 5, and 6 (threatening to use a weapon of mass destruction):

    (a) the offense involved a threat to use, or otherwise involved a select biological agent, that is bacillus anthracis or anthrax;

2. With respect to Counts 1, 2 and 5 (threatening to use a weapon of mass destruction):

    (a) the offense resulted in substantial disruption of public, governmental or business functions or services or

    (b) the offense resulted in a substantial expenditure of funds to clean up,

decontaminate, or otherwise respond to the offense;

3. With respect to Counts 7, 8 and 11 (mailing a threatening communication):

   (a) the offense resulted in substantial disruption of public, governmental or business functions or services or

   (b) the offense resulted in a substantial expenditure of funds to clean up, decontaminate, or otherwise respond to the offense; and

4. With respect to Counts 7, 8, 9, 10, 11, 12 and 13 (mailing a threatening communication):

   (a) the offense involved more than two threats.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY

_____
BRENDA SUE THORNTON
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. | 04-20872-Cr-Graham/Garber(s) |
|---|---|---|

vs.

**Kenneth R. West a/k/a Cristian Noel Iglesias,**
  **Defendant.** /

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami    ___ Key West
___ FTL      ___ WPB    ___ FTP

New Defendant(s)         Yes ___    No _X_
Number of New Defendants          _0_
Total number of counts            _13_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)      No
   List language and/or dialect   _____

4. This case will take _11-20_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days    ___          Petty    ___
   II   6 to 10 days   ___          Minor    ___
   III  11 to 20 days  _X_          Misdem.  ___
   IV   21 to 60 days  ___          Felony   ___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _Yes_
   If yes:
   Judge: _Graham_     Case No. _04-20875-Cr-Graham/Garber_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _No_
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   _x_ Yes   ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No
   If yes, was it pending in the Central Region?  ___ Yes  _x_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes  _x_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?   ___ Yes  _x_ No

_____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 087204

Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Kenneth R. West, a/k/a Cristian Noel Iglesias

**Case No:** 04-20872-Cr-Graham/Garber(s)

Count #: 1 - 6

Threat to use weapons of mass destruction

18 U.S.C. § 2332a(b)

\* **Max.Penalty:** Life imprisonment

Count #: 7 - 13

Conveying threats by mail

18 U.S.C. § 876(c)

\***Max. Penalty:** 5 years imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.