UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.04-20872-CR-GRAHAM(s)/GARBER

UNITED STATES OF AMERICA,
        Plaintiff

vs.

KENNETH WEST
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 17248-004 _____

Language:_____

The above-named Defendant appeared before **Magistrate Judge ANDREA SIMONTON.**  The Defendant was arraigned and a plea of not guilty was entered.  Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.**  The following information is current as of this date:

Defendant:     Address: IN CUST. _____

                 _____

              Tel. No:_____

Defense Counsel:  Name: AFPD _____

              Address:_____

              _____

              Tel. No: (305)530-7000 _____

Bond Set/Continued:  $ STIPULATED PTD _____

Dated this 7th day of JANUARY , 2005.

CLARENCE MADDOX, CLERK OF COURT

BY CHERLE GUTIERREZ _____
        Deputy Clerk

c:CRD
  U.S. Attorney
  Defense Counsel
  U.S. Pretrial

TAPE NO.05FX-4-1418 _____
DIGITAL START NO._____

FILED by _____ D.C.
MAG. SEC.
2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI