NIGHT BOX
FILED

JAN 19 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20872-CR-GRAHAM(s)
Magistrate Judge Garber

UNITED STATES OF AMERICA,

v.

KENNETH R. WEST,
a/k/a/Cristian Noel Iglesias,

    Defendant.
_____

## GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO

## THE STANDING DISCOVERY ORDER

The United States files this first supplemental response to the Standing Discovery Order, pursuant to Local Rule 88.10 and Federal Rule of Criminal Procedure 16. The defendant has been arraigned on the superseding indictment. The first 12 counts of the superseding indictment are substantially the same as the original indictment, amended to comply with defendant's request that recognition be given to his legal name change. Count 13 is new, but the statutory offenses charged are the same as counts 7-12. Therefore, the original discovery response remains applicable



to the case, as supplemented by this first supplemental discovery response. This response is numbered to correspond with Local Rule 88.10.

## Corrections

A.2. The interview log of the defendant, dated 8/1/02 is enclosed.

5. The 7/22/02 letter (counts 2 and 8) was inadvertently omitted from the original discovery response, and is enclosed as page 367.

7. The reference in the original discovery response to 3/04/03 FAX plus attachments should read 3/04/03 302, not FAX.

8. The reference to 9/02/02 302 should read 8/02/02.

D. Delete the words plus letter from 11/26/02 reference in the original response.

## Supplemental Materials

A.5 Items retrieved from cell of Zdzislaw Maslanka 8/1/02
   Item retrieved from cell of defendant 8/1/02

A.6. Six laboratory reports are enclosed:
   Dr. L.P. Blackman 12/13/02
   Dr. Andrew Maule 12/16/02
   Robert P. Rooney 1/3/05
   Robert P. Rooney 1/7/03
   Gabriel D. Watts (postage stamps)
   Gabriel D. Watts (typewriter); and
   Curriculum Vitae Gabriel D. Watts
   Curriculum Vitae John P. Morgan, Jr.

      Curriculum Vitae Anthony J. Onorato

      Curriculum Vitae Robert P. Rooney

The enclosures to the supplemental discovery pages are numbered 367-566. Please call the undersigned if there are any omissions.

      Respectfully submitted,

      MARCOS D. JIMENEZ
      UNITED STATES ATTORNEY

By _____
      William White
      Assistant U.S. Attorney
      99 N.E. 4th Street
      Miami, FL 33132
      Tel. (305) 961-9451
      Fax. (305) 536-4675
      Florida Bar No. 087204
      Email William.White@usdoj.gov

_____
Brenda Sue Thornton
Trial Attorney
U.S. Department of Justice
Criminal Division
Counter Terrorism Section
10th and Constitution Ave., N.W.
Washington, D.C. 20530
Tel. (202) 353-7951
Fax. (202) 514-8714
Email Brenda.Sue.Thornton@usdoj.gov

3

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing, with enclosures, was mailed on January 20, 2005, to Daniel L. Ecarius, Assistant Federal Public Defender, 150 West Flagler Street, Suite 1700, Miami, FL 33130-1556.

*[signature]*

William White
Assistant U.S. Attorney


cc: S/A Julie A. Scalione
    S/A Thomas H. Rice
    FBI