NIGHT BOX
FILED

JAN 24 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM/GARBER(s)

UNITED STATES OF AMERICA     )
                             )
V.                           )
                             )
KENNETH R. WEST a/k/a,       )
                             )
   Christian Noel Iglesias,  )
                             )
           Defendant.        )
_____)

## JOINT STATEMENT OF COUNSEL

The United States and the defendant, through their undersigned counsel, file this joint statement in compliance with Paragraph 4 of the Court's Criminal Trial Scheduling Order and Local Rule 88.10P.

1. The parties acknowledge that they have read the Court's Criminal Trial Scheduling Order dated December 9, 2004.

2. The government has represented to Defense Counsel that it has complied with the Standing Discovery Orders. To date the government has filed 569 pages of discovery material in three discovery responses. Copies of the discovery responses generally describing the material disclosed are attached. If additional material is found by the government which should be provided to the defendant, supplemental responses will be immediately filed.



3.   The defendant has not filed any reciprocal discovery responses.

4.   No stipulations have been agreed upon by the parties.

Respectfully submitted

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*
DANIEL L. ECARIUS
Assistant Federal Public Defender
150 W. Flagler Street, Suite 1700
Miami, FL 33130-15567
(305) 530-7000, Ext. 114
(305) 536-4559, Fax
Fla. Bar # 0719765
Email: Daniel_Ecarius@FD.org

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *[signature]*
WILLIAM WHITE
Assistant United States Attorney
99 N.E. 4th Street
Miami, FL 33132
Tel. (305) 961-9451
Fax. (305) 536-4675
Fla. Bar # 87204
Email: William.White@usdoj.gov

By: *[signature]*
BRENDA SUE THORNTON
Trial Attorney
950 Constitution Avenue NW
Washington, D.C. 20530
Tel. (202) 353-7951
Fax. (202) 514-8714
Email: Brenda.Sue.Thornton@usdoj.gov

```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA
            CASE NO.  04-20872-CR-GRAHAM
                          Magistrate Judge Garber
```

UNITED STATES OF AMERICA,   )
                            )
                            )
                            )
v.                          )
                            )
                            )
KENNETH R. WEST,            )
                            )
                            )
       Defendant.           )
_____)

**GOVERNMENT'S RESPONSE TO**

**THE STANDING DISCOVERY ORDER**

The United States files this response to the Standing Discovery Order, and pursuant to Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

    A.   1.   The government has enclosed written or recorded statements made by the defendant.

                8/01/02 Handwritten sentence on letter(2 pages)
                8/1/02 Written Statement plus addendum (8 pages)
                9/3/02 302 plus Written Statement (5 pages)

2. That portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is enclosed.

   10/16/02 Statement of Hugh Hunter with attachments
   8/6/02 302 and 8/1/02 written statement of Kenneth West, advice of rights and consent to search.
   7/22/03 302,Advice of rights and consent to search.

3. The defendant did not testify before the Grand Jury.

4. The NCIC record of the defendant is enclosed.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida,  Please call the undersigned to arrange a date and time that is convenient to both parties.

   In this initial response, the undersigned has placed the documents enclosed in connection with this paragraph in groups to correspond to the Counts in the Indictment.

   7/20/02 letter (counts 1 and 7)
   7/22/02 letter (counts 2 and 8)
   7/22/02 letter (counts 3 and 9)
   7/25/02 letter (counts 4 and 10)
   7/25/02 letter (counts 5 and 11)
   7/25/02 letter (counts 6 and 12)

   The initial enclosures to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may introduce at trial.

6. Laboratory reports regarding items seized in this case are enclosed. They have been labeled to assist in determining which reports relate to particular counts in the Indictment.
   11/24/03 DNA laboratory results
   3/29/04 fingerprint reports

2

0002

```
                    7/19/04 unidentified substance report
                    7/10/03 lab report plus photos
                    5/5/03 lab report
                    4/28/03 report

          7.   Local laboratory and other reports

                    9/19/02 302 plus attachments
                    9/26/02 302 plus attachment
                    3/04/03 Fax plus attachments
                    12/11/02 302 plus attachments
                    12/2/02 Fax plus attachments
                    03031006 NJ Q43

          8.   Property receipts

                    9/02/02 302
                    8/1/02 property receipt
                    4 Bureau of Prisons forms
```

B.   DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.   The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D.   The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959). In this regard, the government has enclosed some documents that may fall into this category.

```
     3/14/03 302
     1/24/03 302
     11/26/02 302, advice of rights, handwritten
     statement, interview log
     11/25/02 302
     11/26/02 302 plus letter
     10/24/02 302 plus copy of email
     9/19/02 302
```

```
9/26/02 302 plus attachments
9/19/02 302
8/21/02 302
8/5/02 302, advice of rights, consent to search
8/5/02 302 plus property receipt
8/2/02 302 plus advice of rights and attachments
Receipts
```

E.     The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.     The defendant was not identified in a lineup, show up, photo spread or similar identification proceedings.

G.     The government has advised its agents and officers involved in this case to preserve all rough notes.

H.     The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). All evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In this regard, the government will seek to introduce under Rule 404(b) evidence underlying the defendant's past criminal activity for which he is presently incarcerated. Appropriate documentation will be sent to you when received by the undersigned.

I.     The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.     The government will have transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.     No contraband is involved in this indictment.

L.     The government does not know of any automobile, vessel, or aircraft allegedly used in the

|     |     |
| --- | --- |
|     | commission of this offense that is in the government's possession. |
| M.  | The government, in paragraph 6 has identified several laboratory tests that were performed. To the extent that copies can be made of items such as latent fingerprints, copies will be provided to you, if requested. |
| N.  | To date, the government has not received a request for disclosure of the qualifications or subject-matter of expert testimony that the government reasonably expects to offer at trial.<br><br>If summaries of the experts' qualifications and testimony is requested by you, the government requests a written summary of expert testimony that the defense reasonably expects to offer at trial pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence, describing the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications. |
| O.  | The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. |
| P.  | Because this case involves numerous witnesses who are outside the United States, it is hoped that the parties c make use of written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel, especially regarding chain of custody evidence. |

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to ensure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government requests a Notice of Alibi defense(s); the approximate time, date, and place of the offenses are set-forth in the Indictment.

The attachments to this response are numbered pages  1 -366.
Please contact the undersigned Assistant United States Attorney if
any pages are missing.

Respectfully submitted,
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
William White
Assistant U.S. Attorney
Florida Bar No. 087204
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9451
Fax: (305) 536-4675
Email William.White@usdoj.gov

_____
Brenda Sue Thornton
Trial Attorney
U.S. Department of Justice
Criminal Division
Counter terrorism Section
10th and Constitution Ave. NW
Washington, D.C. 20530
Tel: (202) 353-7951
Fax: (202) 514-8714
Email
Brenda.Sue.Thornton@usdoj.gov

cc: S/A Julie Scalione
    S/A Thomas H. Rice
    FBI

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 30th day of Dec., 2004 To Shereen Charlick, Assistant Federal Public Defender, 150 West Flagler Street, Suite 1700, Miami, Florida 33130-1555.

William White
Assistant U.S. Attorney

NIGHT BOX
FILED

JAN 15 2005

CLARENCE MADDOX
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 04-20872-CR-GRAHAM(s)
Magistrate Judge Garber

UNITED STATES OF AMERICA,

v.

KENNETH R. WEST,
a/k/a/Cristian Noel Iglesias,

Defendant.

_____

**GOVERNMENT'S FIRST SUPPLEMENTAL RESPONSE TO**

**THE STANDING DISCOVERY ORDER**

The United States files this first supplemental response to the Standing Discovery Order, pursuant to Local Rule 88.10 and Federal Rule of Criminal Procedure 16. The defendant has been arraigned on the superseding indictment. The first 12 counts of the superseding indictment are substantially the same as the original indictment, amended to comply with defendant's request that recognition be given to his legal name change. Count 13 is new, but the statutory offenses charged are the same as counts 7-12. Therefore, the original discovery response remains applicable

Curriculum Vitae Anthony J. Onorato

Curriculum Vitae Robert P. Rooney

The enclosures to the supplemental discovery pages are numbered 367-566. Please call the undersigned if there are any omissions.

          Respectfully submitted,

          MARCOS D. JIMENEZ
          UNITED STATES ATTORNEY

By _____
   William White
   Assistant U.S. Attorney
   99 N.E. 4th Street
   Miami, FL 33132
   Tel. (305) 961-9451
   Fax. (305) 536-4675
   Florida Bar No. 087204
   Email William.White@usdoj.gov

_____
Brenda Sue Thornton
Trial Attorney
U.S. Department of Justice
Criminal Division
Counter Terrorism Section
10th and Constitution Ave., N.W.
Washington, D.C. 20530
Tel. (202) 353-7951
Fax. (202) 514-8714
Email Brenda.Sue.Thornton@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, with enclosures, was mailed on January 20, 2005, to Daniel L. Ecarius, Assistant Federal Public Defender, 150 West Flagler Street, Suite 1700, Miami, FL 33130-1556.

_____
William White
Assistant U.S. Attorney


cc: S/A Julie A. Scalione
    S/A Thomas H. Rice
    FBI

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM/GARBER(s)

UNITED STATES OF AMERICA )
)
V. )
)
KENNETH R. WEST a/k/a, )
)
    Christian Noel Iglesias )
)
    Defendant. )
_____)

GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO

<u>THE STANDING DISCOVERY ORDER</u>

The United States of America, by and through its undersigned counsel, submits this second supplemental response to the Standing Discovery Order.

The enclosures are numbered pages 567 - 569, a letter dated 7/22/02 to Prisoners Abroad.33

Please contact the undersigned if there are any omissions.

                          Respectfully submitted

                          MARCOS DANIEL JIMENEZ
                          UNITED STATES ATTORNEY

                          By: _____
                          WILLIAM WHITE
                          ASSISTANT UNITED STATES ATTORNEY
                          99 N.E. 4th Street
                          Miami, FL 33132
                          Tel. (305) 961-9451

1

Fax. (305) 536-4675
Fla. Bar # 87204
Email: William.White@usdoj.gov

By: *Brenda Sue Thornton*
BRENDA SUE THORNTON
TRIAL ATTORNEY
950 Constitution Avenue N.W.
Washington, D.C. 20530
Tel. (202) 353-7951
Fax. (202) 514-8714
Email: Brenda.Sue.Thornton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to Daniel L. Ecarius, Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, Florida 33130-1556, on January 24, 2005.

WILLIAM C. WHITE
ASSISTANT UNITED STATES ATTORNEY

cc: Thomas S. Rice
    Julie A. Scalione
    FBI

2