UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR- GRAHAM/GARBER(s)

UNITED STATES OF AMERICA,

v.

KENNETH R. WEST,
 a/k/a Cristian Noel Iglesias,

        Defendant.
_____/

## GOVERNMENT'S FIRST SUPPLEMENTAL NOTICE OF INTENT TO OFFER RULE 404(b) EVIDENCE

The United States of America, through its undersigned counsel, files this notice of intent to offer evidence of defendant's so-called bad acts or other crimes evidence in its case in chief pursuant to Federal Rule of Evidence 404(b).

1. Copies of the Information, and the Consent to Transfer filed in Case No. CR 1 94 - 93, United States v. Kenneth R. West, wherein the defendant entered a plea of guilty to his causing a threatening letter to be sent to United States District Judge Carl Rubin, are attached.

2. Also attached are copies of the fingerprints and booking information of the defendant regarding Case No. 96-34-CT-T-99A wherein the defendant was convicted of sending



threatening communications to United States District Judge Steven Merryday, and others.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
99 NE 4th Street
Miami, Florida 33132
Phone: (305)961-9451
Fax:   (305) 536-4675
Florida Bar No. 087204
William.White@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed this 16th day of February, 2005 to: Daniel Ecarius, Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, FL 33130.

_____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY

FILED
KENNETH J. MURPHY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

94 OCT 28 PM 2:02

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. CR 1 94-93 |
| v. | : | **I N F O R M A T I O N**<br>18 U.S.C. § 876 |
| KENNETH R. WEST | : | |

**WEBER, J.**

The United States Attorney charges that:

On or about September 17, 1993 in the Southern District of Ohio, KENNETH R. WEST, the defendant herein, did knowingly cause to be delivered by the United States Postal Service, according to the directions thereon, a letter addressed to "United States District Court - Honorable Carl Rubin - Cincinnati, Ohio", which letter contained a threat to injure and kill said Honorable Carl B. Rubin.

In violation of Title 18, United States Code, Section 876.

EDMUND A. SARGUS, JR.
United States Attorney

I certify that this is a true and correct copy of the original filed in my Office on 10-28-94.
JAMES BONINI, CLERK
BY: [signature]
Deputy Clerk
DATE: 2-10-05

United States District Court

for the __Southern__ District of __Ohio__

United States of America

v.

KENNETH R. WEST

Criminal No. CR 1 94 93

94 NOV 14 PM 1:17

FILED KENNETH J. MURPHY

WEBER, J.

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __Kenneth R. West__, defendant, have been informed that an __Information__ (~~indictment~~, *information*, ~~complaint~~) is pending against me in the above designated cause. I wish to plead __guilty__ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the __Western__ District of __Oklahoma__ in which I __am held__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __November 1__, 19__94__ at __Oklahoma City, OK__.

_Kenneth R. West_
(*Defendant*) KENNETH R. WEST

(*Witness*)

_W. P. Earley_
(*Counsel for Defendant*)
WILLIAM P. EARLEY
Assistant Federal Public Defender
215 Dean A. McGee, Room 524
Oklahoma City, Okla. 73102

I certify that this is a true and correct copy of the original filed in my Office on 11-14-94.
JAMES BONINI, CLERK
BY: _Maurita Jackson_
   Deputy Clerk
DATE: 2-10-05

EDMUND A. SARGUS, JR.
United States Attorney

_Terry W. Lehmann_
RRY W. LEHMANN
Asst. United States Attorney for the
__Southern__ District of __Ohio__

Approved

VICKI MILES-LaGRANGE
United States Attorney

_Teresa Black_
Asst. United States Attorney for the
__Western__ District of __Oklahoma__

Teresa Black

FORM USA-153
SEP. 82

2

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**WASHINGTON, D.C. 20537**

PRIVACY ACT OF 1974 (PL 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| Field | Value |
|---|---|
| JUVENILE FINGERPRINT SUBMISSION | YES ☐ |
| TREAT AS ADULT | YES ☐ |
| DATE OF ARREST (MM DD YY) | 10-28-96 |
| ORI CONTRIBUTOR | KY034017C |
| ADDRESS | MENS FED CORR CTR, LEXINGTON, KY |
| REPLY DESIRED? | YES ☑ |
| SEND COPY TO: (ENTER ORI) | |
| DATE OF OFFENSE (MM DD YY) | |
| PLACE OF BIRTH (STATE OR COUNTRY) | FL |
| COUNTRY OF CITIZENSHIP | USA |
| MISCELLANEOUS NUMBERS | |
| SCARS, MARKS, TATTOOS, AND AMPUTATIONS | SCAR LEFT KNEE |
| RESIDENCE/COMPLETE ADDRESS | 8000 Lucid Ct. |
| CITY | Apex |
| STATE | NC |
| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | D. Short |
| LOCAL IDENTIFICATION/REFERENCE | 17248-018 |
| PHOTO AVAILABLE? | YES ☑ |
| PALM PRINTS TAKEN? | YES ☐ |
| EMPLOYER | |
| OCCUPATION | |

RECITATION: Threats to Federal Judge + AUSA
4241 AB ; 4247 R

DISPOSITION: 1. 1 mo

```
                    OO RETAIN CR
         ANS M W 06/14/74 D
WEST,KENNETH R
              LMM
   NT  NT       M
   03250818503O    000  12
                        III
  QFNU 815 385 MA9  970850069611
```

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP: AC 5606 FINAL QC 06/24/97 CR-5726-5606-4308

| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | LEAVE BLANK |
|---|---|---|---|
| 032508182100 | | STATE USAGE / NFF SECOND SUBMISSION / APPROXIMATE CLASS / AMPUTATION / SCAR | 815 385 MA9 / 970850069611 |

Signature: Kenneth R. West

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX: West, Kenneth

SOCIAL SECURITY NO: 595402994

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 815 385 MA9 | | 06 10 74 | M | W | 5 11 | 189 | BLU | HAZ |

032508182100

