UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   04-20872-CR-GRAHAM/GARBER(s)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNETH R. WEST,
a/k/a Cristian Noel Iglesias,

        Defendant.
_____/

## GOVERNMENT'S FIRST AMENDED MOTION TO DECREASE OFFENSE LEVEL

The United States of America, through counsel, files this motion pursuant to Section 3E1.1(b) of the Sentencing Guidelines, and states:

The defendant, Kenneth R. West, a/k/a Cristian Noel Iglesias, assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

WHEREFORE, it is requested that the defendant's Adjustment for Acceptance of Responsibility level be changed from minus 2 to minus 3, for a Total Offense Level of 34.[1]

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
WILLIAM WHITE
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 087204
99 N.E. 4TH STREET
MIAMI, FLORIDA  33132
TEL: NO. (305 )961-9145
FAX NO. (305) 536-4675
Email: William.White@USDOJ.GOV

---

[1] When the Total Offense Level in the PSI, was calculated the additional one point reduction was included based on the government's plea agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of April 2005 to:

Daniel Ecarius
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, FL 33130

Renee L. Moses-Gregory
U.S. Probation Officer
300 N.E. 1st Avenue, Suite 315
Miami, FL 33132-2126

WILLIAM WHITE
ASSISTANT U.S. ATTORNEY