

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM/GARBER

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

KENNETH R. WEST,
    a/k/a CRISTIAN NOEL IGLESIAS,
    Defendant.
_____:

### NOTICE OF CHANGE OF NAME AND PETITION TO CHANGE ALL COURT RECORDS TO REFLECT NEW NAME PURSUANT TO 18 U.S.C. § 3231 AND FEDERAL RULE OF CRIMINAL PROCEDURE 47(A)

    The defendant, Kenneth R. West, through counsel, respectfully moves this Honorable Court for an Order, to the Clerk of this Court to change any and all documents bearing the name Kenneth R. West to reflect defendant's legal name, Cristian Noel Iglesias. In support hereof the defendant submits the following:

    1.    On or about July 9, 2004, the defendant filed a petition for a change of name pursuant to § 68.07 of the Florida Statute in the Court of the Eleventh Judicial Circuit in and

for Miami-Dade County, Florida, for a change of name on religious grounds.

2. On September 28, 2004, the Honorable Sheldon R. Schwartz, granted a change of name for religious reasons. (Please see attached defendant's Exhibit A.)

3. The defendant has been named in an Indictment handed down by a Grand Jury in the Southern District of Florida on November 9, 2004, as referenced above. The defendant files the foregoing Petition out of abundance of caution to avoid confusion, and states that it would be in the best interest of justice that defendant's name be change from Kenneth R. West to Cristian Noel Iglesias. Defendant's request is not for any ulterior or illegal purposes, and granting this motion will not in any manner invade the property rights of others, whether partnership, patent, good will, privacy, trademark, or otherwise.

4. Further, the defendant would point out to this Court that any change in the charging document (Indictment) now pending before this Court in case number 04-20872-CR-GRAHAM/GARBER would be merely a format change and have not effect the substance of the allegations therein, nor would there be any prejudice to the United States of America.

5. Defendant has filed a Petition to the United States District Court for the Middle District of Florida, Tampa Division, to change Case Number #96-34-Cr-T-99A Judgement & Commitment papers to which the defendant is presently incarcerated. That Petition was filed in the Court on November 10, 2004, and is pending at this time, so the Federal Bureau of Prisons will reflect the new name.

WHEREFORE, the defendant respectfully moves this Honorable Court for an Order

2

directing the Clerk of this Court to make all necessary name changes to the defendant's name to reflect his new and legal name Cristian Noel Iglesias on any and all documents filed in this Court. And any Orders to which this Court deems proper under the circumstances.

                                      Respectfully submitted,

                                      KATHLEEN M. WILLIAMS
                                      FEDERAL PUBLIC DEFENDER

By: _____
                                      Daniel L. Ecarius
                                      Assistant Federal Public Defender
                                      Florida Bar No. 0719765
                                      150 W. Flagler Street, Suite 1700
                                      Miami, Florida 33130-1556
                                      (305) 530-7000, Ext. 114
                                      (305) 536-4559, Fax
                                      Daniel_Ecarius@FD.org, E-Mail

## CERTIFICATE OF SERVICE

certify that a copy of the foregoing instrument was served via interagency mail the 16th day of May, 2005, to William White, Assistant United States Attorney, 99 NE 4th Street, Miami, FL 33132-2111, Brenda Sue Thornton, United States Department of Justice, Counterterrorism Section, Criminal Division, 10th and Constitution Avenue, NW, Washington, DC 20530, and Renee Moses-Gregory, United States Probation Officer, 300 NE 1st Avenue, Room 315, Miami, FL 33132-2126.

By: *Daniel L. Ecarius* (signature)
Daniel L. Ecarius

J:\West, Kenneth R. Reg17248-018\Pleadings\NoticeChangeName.wpd

*UNITED STATES V. KENNETH RAY WEST, a/k/a Cristian Noel Iglesias*
CASE NO. 04-20872-CR-GRAHAM/GARBER

## SERVICE LIST

| | |
|---|---|
| DANIEL L. ECARIUS<br>ASSISTANT FEDERAL PUBLIC DEFENDER<br>150 W. FLAGLER STREET, SUITE 1700<br>MIAMI, FL 33130-1556<br>305/530-7000, EXT. 114<br>305/536-4559, FAX<br>COUNSEL FOR: KENNETH RAY WEST,<br>a/k/a Cristian Noel Iglesias | WILLIAM WHITE<br>ASSISTANT UNITED STATES ATTORNEY<br>99 NE 4TH STREET<br>MIAMI, FL 33132-2111<br>305/961-9451<br>305/530-7087, FAX<br>COUNSEL FOR: GOVERNMENT |
| BRENDA SUE THORNTON<br>UNITED STATES DEPARTMENT OF JUSTICE<br>COUNTER TERRORISM SECTION, CRIMINAL DIVISION<br>10TH AND CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20530<br>202/353-7951<br>202/514-8714, FAX<br>COUNSEL FOR: GOVERNMENT | RENEE MOSES-GREGORY<br>UNITED STATES PROBATION OFFICER<br>300 NE 1ST AVENUE, ROOM 315<br>MIAMI, FL 33132-2126<br>305/523-5443<br>305/523-5496, FAX |

J:\West, Kenneth R. Reg17248-018\Pleadings\NoticeChangeName.wpd

5