# SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE # _04-20872-CR-DLG_

DEFENDANT _Kenneth West_

JUDGE _DONALD L. GRAHAM_

Clerk _CLARA A. FOSTER_

DATE _5-31-05_

Reporter _CARLY HORENKAMP_

AUSA _William White_ ~~Brenda Ahonton, DOJ~~     Deft. Counsel _Daniel Ecarius_

DEFENDANT FOUND GUILTY AS TO COUNTS_____

COUNTS DISMISSED_____

_____Deft. failed to appear - warrant to issue.  Bond Forfeited.

_____Sentencing cont'd until _OBG Set_ _____ am / pm

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Comments_____

_____

Supervised Release_____

_____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Comments_____

_____

Assessment  $_____          Fine  $_____

Restitution / Other _____

## CUSTODY

_____  Remanded to U.S. Marshal    ____Release bond pend appeal

_____  Voluntary Surrender to (designated institution or US

Marshal) on ___/___/___.

_____  Commitment recommendation:_____

(rev. 12/91)

RECEIVED & FILED IN OPEN COURT
ON 5-31-05 AT
Miami, FLA
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

**ADDITIONAL COMMENTS TO SENTENCING MINUTES**

Defense & Govt presented testimony
at their related doctors.

The crt requested parties file
a Pleading re DiAlectical behavioral
therapy And profts will be scheduled
for final Sentencing