UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM/GARBER

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

KENNETH RAY WEST,
    a/k/a Cristian Noel Iglesias
        Defendant.
_____:

## NOTICE OF COUNSEL'S ABSENCE FROM JURISDICTION

Undersigned counsel respectfully advises this court that he is presently scheduled for annual leave between July 27, 2005 and August 12, 2005. It is respectfully requested that this court schedule no trials or hearings requiring counsel's appearance during this period.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daniel L. Ecarius
Assistant Federal Public Defender
Florida Bar No. 0719765
150 W. Flagler St., Suite 1700
Miami, FL 33130-1556
(305) 530-7000, Ext. 114
(305) 536-4559, Fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served via interagency and US mail the 14th day of July, 2005, to William White, Assistant United States Attorney, 99 NE 4th Street, Miami, FL 33132-2111, Brenda Sue Thornton, United States Department of Justice, Counterterrorism Section, Criminal Division, 10th and Constitution Avenue, NW, Washington, DC 20530, and Renee Moses-Gregory, United States Probation Officer, 300 NE 1st Avenue, Room 315, Miami, FL 33132-2126.

_____
Daniel L. Ecarius

J:\West, Kenneth R. Reg17248-018\Pleadings\Absence.jur7.27-8.12.05.wpd

*UNITED STATES V. KENNETH RAY WEST, a/k/a Cristian Noel Iglesias*
CASE NO. 04-20872-CR-GRAHAM/GARBER

## SERVICE LIST

| | |
|---|---|
| DANIEL L. ECARIUS<br>ASSISTANT FEDERAL PUBLIC DEFENDER<br>150 W. FLAGLER STREET, SUITE 1700<br>MIAMI, FL 33130-1556<br>305/530-7000, EXT. 114<br>305/536-4559, FAX<br>COUNSEL FOR: KENNETH RAY WEST,<br>a/k/a Cristian Noel Iglesias | WILLIAM WHITE<br>ASSISTANT UNITED STATES ATTORNEY<br>99 NE 4TH STREET<br>MIAMI, FL 33132-2111<br>305/961-9451<br>305/530-7087, FAX<br>COUNSEL FOR: GOVERNMENT |
| BRENDA SUE THORNTON<br>UNITED STATES DEPARTMENT OF JUSTICE<br>COUNTER TERRORISM SECTION, CRIMINAL DIVISION<br>10TH AND CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20530<br>202/353-7951<br>202/514-8714, FAX<br>COUNSEL FOR: GOVERNMENT | RENEE MOSES-GREGORY<br>UNITED STATES PROBATION OFFICER<br>300 NE 1ST AVENUE, ROOM 315<br>MIAMI, FL 33132-2126<br>305/523-5443<br>305/523-5496, FAX |

J:\West, Kenneth R. Reg17248-018\Pleadings\Absence.jur7.27-8 12.05.wpd

3