Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED by _AP_ D.C.

MAY 2 4 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

| | |
|---|---|
| United States District Court | District _Southern District of Florida_ |
| Name (under which you were convicted): _Cristian Noel Iglesias (AKA) Kenneth R. West_ | Docket or Case No.: _04-20872-CR-Graham_ |
| Place of Confinement: _Federal Correctional Institution - Butner #1_ | Prisoner No.: _17248-018_ |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | _Cristian Noel Iglesias (AKA) Kenneth R. West_ |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   _United States District Court_
   _Southern District of Florida_
   _99 NE 4 street Miami, Florida 33132_

   (b) Criminal docket or case number (if you know): _04-20872-CR-Graham_

2. (a) Date of the judgment of conviction (if you know): _7-29-05_

   (b) Date of sentencing: _7-27-05_

3. Length of sentence: _240 months_

4. Nature of crime (all counts): _Threatened Use of Weapons of_
   _MASS Destruction - (1) count - Anthrax -_
   _Hoax, mailed letter from FDC-Miami in 2002._

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☑    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _(1) count_
   _Threatened Use of Weapons of mass_
   _Destruction - Counts: 2-13 dismissed_

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

cat / div _2255/510/Dade_
Case # _04-CR-20872-DLG_
Judge _DLG_    Mag _R # P Lau_
Motn Ifp _NO_    Fee pd $ _NO_
Receipt # _____

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ☐   No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ☐   No ☑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:     Yes ☐   No ☑

(2) Second petition:     Yes ☐   No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _I pled guilty I recieved a below guideline sentence and there was an Appeal Waiver._

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: _I should have the benefit of Johnson V. U.S._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _When I was sentenced, Johnson V. US, 135 S. Ct. 2551 (2015) invalidated the crime of violence enhancement because of two of my prior convictions for a "crime of violence" falls under the vague criminal law "exception that the U.S. Supreme Court ruled unconstitutional in Johnson. I should be resentenced without the crime of violence enhancement._

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Page 6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

GROUND TWO: _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____


(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____


   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐   No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐   No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐   No ☑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

GROUND THREE: _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

   _____

   _____

(c)  **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐   No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____

_____

_____

_____

_____

GROUND FOUR: _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)   **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐   No ☑

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐   No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐   No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐   No ☑

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

_____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Shereen J. Charlick (FPD)
150 W. Flagler Street Miami, Fl 33130-1556

(b) At arraignment and plea: Daniel Ecarius (FPD)
150 W. Flagler Street Miami, Fl 33130-1556

(c) At trial: N/A

(d) At sentencing: Daniel Ecarius (FPD)
150 W. Flagler Street Miami, Fl 33130-1556

(e) On appeal: _____n/A_____

_____

(f) In any post-conviction proceeding: ____n ) A_____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: ___n / A____

_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐ No ☑

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* *That the Supreme Court ruled last year Johnson v. US, this year the Court ruled in Welch v. US made Johnson retroactive. Also, 28 U.S.C 2255(f)(3).*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: _Resentence me_
_without the crime ~~statement~~ of violence_
_enhancement._

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _May_
_15, 2016_ (month, date, year).

Executed (signed) on _5-15-16_ (date).

_Keith R. West_

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

_____

IN FORMA PAUPERIS DECLARATION
_Southern District of Florida_
[Insert appropriate court]

* * * * *

May 15, 2016

To: U.S. District Court
    Southern District of Florida (Miami Divison)
    * Clerk's office * - Room - 8
    400 North Miami Ave.
    Miami, Florida  33128

RE: U.S. V. West /AKA) Cristian Noel Iglesios
    04 - 20872 - CR - Graham


    To Whom it may concern;
                                    Please find
enclosed  my 28 U.S.C 2255 (f)(3) to
be filed in the above style case number 04-20872-
CR-Graham. Thank You very much, please contact
me if questions are needed.

                        Respectfully,

                        Cristian N. Iglesios
                    (AKA) Kenneth R. West
                        # 17248 - 018
                        Federal Correctional Institution
                        P.O. Box - 1000
                        Butner, NC 27592

P.S. Judge Graham on 7/27/05 granted my Request
to put my new name on my Judgement & commitment
Papers, from: Kenneth R. West (AKA) Cristian Noel Iglesias
To: Cristian Noel Iglesias (AKA) Kenneth R. West

Cristian N. Iglesias #17248-018
Federal Correctional Institution - Butner #1
Post Office Box - 1000
Butner, NC 27509-1000

USA
FOREVER

*Legal Mail*

⇔17248-018⇔
Us Courthouse
400 N Miami AVE
Miami, FL 33128
United States

By ____________

✗ Legal   Mail ✗

FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you
may wish to return the material for further information
or clarification. If the writer enclosed correspondence for
forwarding to another addressee, please return the enclosed
to the above address.