UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISON

FILED by __PG__ D.C.

SEP 05 2018

STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF | ) |
| V. | ) |
| CRISTIAN NOEL IGLESIAS | )   CASE NO. 04-20872-CR-GRAHAM |
| A/K/A KENNETH R. WEST | ) |
| DEFENDANT | ) |
| | ) |
| | ) |

## MOTION TO REVISE JUDGEMENT AND COMMITMENT ORDER

Comes now, Cristian Noel Iglesias, a/k/a Kenneth R. West, Petitioner, in pro se and out of necessity, moves this Honorable Court to revise Judgement and Commitment order issued by the Honorable Donald L. Graham on July, 29 2005. The changes that need to be made are: (1) to reflect the legal name change of Petitioner from Cristian Noel Iglesias to Cristina Nicole Iglesias and ; (2) to correct the date of Imposition of Sentence.

After sentencing, Petitioner, known as Cristian Iglesias, was diagnosed with Gender Dysphoria by Federal Bureau of Prisons (BOP) doctors and now identifies as female. This diagnosis is confirmed through BOP medical records. (See exhibits 1-4) Ms. Iglesias is currently undergoing hormone treatment as she transitions to female. This legal name change is part of her treatment and is an important part of her new life as a woman. (See exhibit 5)

Further, Petitioner's new legal name, Cristina Nicole Iglesias, is the name that she will be using after she has served her prison sentence while on supervised release in the community. The BOP will only acknowledge her new legal name if it is changed on her Judgement and Commitment order.

Finally, the date of the Imposition of Sentence listed on the Judgement and Commitment order is July 28, 2005. This is incorrect. The actual date of Imposition of Sentence is July 27, 2005. Petitioner would ask that this oversight be corrected on the Judgement and Commitment order. (See exhibit 6)

Ms. Iglesias would also like to thank this Honorable Court and the Clerk's working there for taking the time to address these issues that may appear minor, yet have a major effect on her life and gender transition.

Respectfully Submitted,

/s/ *Cristina N. Iglesias*

Cristina Nicole Iglesias, Pro Se

Register No. 17248-018

United States Penitentiary – Marion

P.O. BOX 1000

Marion, Illinois 62959

---

I, Cristiana Nicole Iglesias a/k/a Cristian Noel Iglesias hereby solemnly affirm that the aforementioned MOTION TO REVISE JUDGEMENT AND COMMITMENT ORDER is made as an act of my own free will, without any duress or insistence from another person under penalty of perjury. This affirmation is made on this 27th day of August, 2018

/s/ *Cristina N. Iglesias*

Cristina Nicole Iglesias

UNITED STATES PENITENTIARY – MARION

P.O. BOX 1000

MARION, ILLINOIS 62959

**CERTIFICATE OF SERVICE**

I, Cristina Nicole Iglesias, do hereby certify that I have served a copy of this foregoing instrument upon the Clerk of this Court, via properly address U.S. Postal Mail, with first class postage affixed thereto, by placing into the internal mailing system as made available to inmates for legal mail, at the United States Penitentiary (Marion). The following items were sent on this 27th day of August, 2018:

(Exhibit 1-4) – BOP Medical Records for Cristina Nicole Iglesias a/k/a Cristian Noel Iglesias

(Exhibit 5) – Copy of State of Illinois legal Name Change Order from Williamson County (Illinois).

(Exhibit 6) – District Court Judgement and Commitment Order dated July 29, 2005.

TO:

Clerk of the Court, Southern District of Florida, Miami Division.

And to:

United States Attorney's Office

99 NE 4TH STREET

Miami, Florida 33132-2111

Respectfully Submitted,

*Cristina N. Iglesias*

Cristina Nicole Iglesias

Register No. 17248-018

United States Penitentiary (Marion)

**Bureau of Prisons**  
**Psychology Services**  
**Mental Health Services**

**SENSITIVE BUT UNCLASSIFIED**

| | | | |
|---|---|---|---|
| **Inmate Name:** IGLESIAS, CRISTIAN NOEL | | | **Reg #:** 17248-018 |
| **Date of Birth:** 06/10/1974 | **Sex:** M | **Race:** WHITE | **Facility:** MAR |
| **Open Date:** 06/16/2017 | **Closed Date:** | **Status:** Active | **Discussed:** No |

**PGI Title:** Emotional Self-Regulation

**Status:** Active    **Last Updated:** 02/12/2018    **Last Provider:** Owings, Lindsay PhD/SOMP Coord

**Problem:** Mild to moderate difficulty with emotional regulation, evidenced by history of concerns related to Borderline Personality Disorder diagnosis and gender dysphoria. Formerly classified as CARE3-MH but has been primarily stable since approximately December 2015. History of SI/attempt and prior mental health treatment. Approximately 34 SRAs (most recent September 2017) while in BOP custody with at least 12 placements on watch. Requires monthly clinical intervention to maintain outpatient status.

**Goal:** Use REBT skills to achieve emotional balance and well-being
Learn and apply distress tolerance and mindfulness skills to manage adjustment and emotional regulation concerns
Strive for 100% medication compliance, if prescribed

**Interventions:** Evidence-based psychosocial interventions/Cognitive-Behavioral Therapy techniques that include:

- Complete Basic Cognitive Skills
- Use RSAs to effectively manage mood and anxiety symptoms
- Present RSAs in session for feedback on a monthly basis
- Comply with prescribed medical interventions (no current psychotropic medications)
- Process concerns related to gender identity and adjustment to institution
- Immediately report thoughts of self-harm to a staff member

**DIAGNOSTIC IMPRESSION:**
Gender Dysphoria In Adolescents And Adults, F64.1 - Current - Validated Transgender Male to Female, seeking Gender Affirmation Surgery
Borderline Personality Disorder, F60.3 - Current - Generally stable

Updated 10/04/2017
Updated 01/09/2018

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: M | Race: WHITE | Facility: | MAR |
| Note Date: | 06/11/2018 10:05 | Provider: | Pass, Randall MD/CD | Unit: | X02 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**          **Provider:** Pass, Randall MD/CD

Inmate Iglesias has identified as transgender since she was a teenager. She has been officially diagnosed as being transgender within the BOP for at least 3 years, and has been on hormone treatment since 2015.

She is currently prescribed estradiol injections to increase estrogen levels, spironolactone to lower testosterone levels, and finasteride to help with male-pattern baldness. The hormone levels have been adjusted such that she has very low testosterone level (18) and high estradiol level (200), which are typical for a female.

Inmate Iglesias has taken all the steps that are available to her to feminize her appearance and is being medically treated as a female, consistent with the BOP policy on Medical Management of Transgender Inmates.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Pass, Randall MD/CD on 06/12/2018 11:36

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 17248-018                     Inmate Name: IGLESIAS, CRISTIAN NOEL

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| **Transgender, validated male to female** | | | | | | |
| 12/14/2017 15:19 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| on injectable estradiol 10 mg q2week, spironolactone 100 bid, Finasteride - 2017: Estradiol level = 163, Testosterone level = 16, prolactin level = 14 | | | | | | |
| 07/29/2017 19:16 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| 2017: Estradiol level = 391, Testosterone level = 21, prolactin level = 23 | | | | | | |
| 06/16/2017 14:58 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| 2017: Estradiol level =208, Testosterone level =12 | | | | | | |
| 03/02/2017 15:23 EST  Wyche, Brandon PA-C | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Testosterone 96.6  2/2/17 Estradiol 249.4   2/2/17. Will draw labs again with appropriate timing before changing medication doses. | | | | | | |
| 10/17/2016 13:24 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions. Testosterone 8  6/7/16. Estradiol 197.9  8/16/16 | | | | | | |
| 08/31/2016 15:43 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions. Testosterone 8  6/7/15. Estradiol 197.9  8/16/16 | | | | | | |
| 06/22/2016 09:34 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions.  Estradiol 122  Testosterone 8  6/7/15 | | | | | | |
| 04/29/2016 10:05 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions, updated to match current preferred coding. | | | | | | |
| 03/09/2016 14:03 EST  Morales, Ruben B. MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| tolerating hormone Tx | | | | | | |
| Validated from review of BEMR/PDS reports and diagnostic impressions, updated to match current preferred coding. | | | | | | |
| 10/15/2015 10:55 EST  Lewis, Donald DO | I | ICD-9 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions, updated to match current preferred coding. | | | | | | |
| **Allergic rhinitis, cause unspecified** | | | | | | |
| 03/02/2017 15:23 EST  Wyche, Brandon PA-C | III | ICD-9 | 477.9 | 06/25/2013 | Current | 08/31/2016 |
| Seasonal, Flonase has been ordered | | | | | | |
| 08/31/2016 15:41 EST  Sichel, Lawrence MD | III | ICD-9 | 477.9 | 06/25/2013 | Current | 08/31/2016 |
| Seasonal | | | | | | |

EXHIBIT 3

Reg #: 17248-018          Inmate Name: IGLESIAS, CRISTIAN NOEL

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 03/09/2016 14:03 EST  Morales, Ruben B. MD/CD | III | ICD-9 | 477.9 | 06/25/2013 | Resolved | 03/09/2016 |
| 06/25/2013 17:04 EST  Khan, Rashid M.D. | III | ICD-9 | 477.9 | 06/25/2013 | Current | 06/25/2013 |
| **Borderline Personality Disorder** | | | | | | |
| 04/05/2017 12:30 EST  Sheetz, Shane PsyD   Generally stable | II | DSM-IV | F60.3 | 03/11/2009 | Current | 06/21/2016 |
| 06/21/2016 09:51 EST  Gray, Brian PhD | II | DSM-IV | F60.3 | 03/11/2009 | Current | 06/21/2016 |
| 05/03/2016 10:20 EST  Owens, Thomas MD | II | DSM-IV | F60.3 | 03/11/2009 | Remission | 05/03/2016 |
| 01/29/2016 13:44 EST  Schmitt, Ericka PsyD | II | DSM-IV | F60.3 | 03/11/2009 | Current | 01/29/2016 |
| **Gender Dysphoria In Adolescents And Adults** | | | | | | |
| 04/05/2017 12:30 EST  Sheetz, Shane PsyD   Validated Transgender Male to Female, seeking Gender Affirmation Surgery | I | DSM-IV | F64.1 | 06/21/2016 | Current | |
| 06/21/2016 09:51 EST  Gray, Brian PhD | I | DSM-IV | F64.1 | 06/21/2016 | Current | |
| **Androgenic alopecia** | | | | | | |
| 03/02/2017 15:23 EST  Wyche, Brandon PA-C   triangular Fronto-temporal. finasteride working well. | | ICD-10 | L649 | 10/17/2016 | Current | |
| 10/17/2016 13:18 EST  Sichel, Lawrence MD   triangular Fronto-temporal | | ICD-10 | L649 | 10/17/2016 | Current | |
| **Encounter for exam and observation following alleged adult rape [PREA Exam]** | | | | | | |
| 05/02/2017 14:59 EST  Crites, Kristi CRNP | | ICD-10 | Z0441 | 05/02/2017 | Current | |
| **Encounter for exam and observation following alleged adult rape [PREA Exam]** | | | | | | |
| 04/14/2017 09:54 EST  Crites, Kristi CRNP | | ICD-10 | Z0441 | 04/14/2017 | Current | |
| [redacted] 2017 | | | | | Remission | |
| **Bulimia nervosa** | | | | | | |
| 11/30/2011 11:20 EST  Choudhury, Mahmood MD | III | ICD-9 | 307.51 | 03/11/2009 | Remission | 11/30/2011 |
| 03/11/2009 15:50 EST  Severn, Daniel DO | III | ICD-9 | 307.51 | 03/11/2009 | Current | 03/11/2009 |
| **Asthma** | | | | | | |
| 08/17/2017 08:42 EST  Meyer, Caleb APRN-CNP   by history | | ICD-10 | J45909 | 08/17/2017 | Remission | 08/17/2017 |

EXHIBIT 4

 

**STATE OF ILLINOIS**

**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT**

**WILLIAMSON COUNTY**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| CRISTIAN NOEL IGLESIAS ) | |
| ) | NO. **2018-MR-000238-P-001** |
| ) | |
| ) | |

ENTERED AUG 03 2018

**ORDER FOR CHANGE OF NAME**

The Court, having considered the Petition for Change of Name filed herein by Plaintiff, Heard the evidence, and being otherwise fully advised in the premises, find that it should Be granted.

IT IS HEREBY ORDERED that the Plaintiff's name of

<u>CRISTIAN NOEL IGLESIAS</u> is hereby changed to:

<u>CRISTINA NICOLE IGLESIAS</u>, by which she shall be hereafter known and called.

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT FILED IN THE STATE OF ILLINOIS, WITH THE WILLIAMSON COUNTY CLERK, THIS 3RD DAY OF AUGUST, 2018.

E.K.
WILLIAMSON COUNTY CLERK

DATE: **August 3, 2018**

Carolyn B. Smoot
**CAROLYN B. SMOOT**

VERIFIED

**JUDGE**

USDC FLSD 245B (Rev. 12/03) - Judgment in Case                                                                                      Page 1 of 6

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

RECEIVED UNITED ST... 2005 AUG -9 AM 11: 37

UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE

v. | Case Number: 04-20872-CR-GRAHAM

CRISTIAN NOEL IGLESIAS
a/k/a   Kenneth R. West

FILED by _____ D.C.
JUL 29 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

USM Number: 17248-018

Counsel For Defendant: Daniel Ecarius, AFPD
Counsel For The United States: William White, AUSA
Court Reporter: Carleen Horenkamp

The defendant pleaded guilty to Count One of the Indictment.
The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 2332a(b) | Threatened Use of a Weapon of Mass Destruction | July 22, 2002 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining Counts in the Indictment are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
July 28, 2005

_Marcia G. Cooke for_
DONALD L. GRAHAM
United States District Judge

July 29, 2005

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 8/3/05

Cristian N. Iglesias #17248-018
United States Penitentiary - Marion
Post Office Box - 1000
Marion, Illinois 62959



ST LOUIS MO PSDC 631
THU 30 AUG 2018 PM

⇔17248-018⇔
U S District Court
400 N Miami AVE
Miami, FL 33128
United States

\* Legal Mail \*

