# Williamson County, IL

**NOTICE:** By clicking the 'Search' button below, or otherwise using the Judici.com website, you are agreeing to abide by its **terms of use**.

My: Cases | Schedule | Filings | Account                                           Login

**2018MR238  IGLESIAS, CHRISTIAN NOEL**          Last Search | Information | Dispositions | **History** | Payments | Fines & Fees

| Date | Entry | Judge |
|---|---|---|
| | Entered Under: IGLESIAS, CHRISTIAN NOEL | |
| 08/03/2018 | Verified written request for sealing of record filed Affidavit in support of waiver of publication and sealing of record filed Copy of record sheet sent to petitioner | UNASSIGNED |
| 07/31/2018 | REQUEST FOR NAME CHANGE (ADULT) REVIEWED. 5/21-101(b) PROVIDES THAT "ANYH PERSON CONVICTED OF A FELONY IN THIS STATE OR ANY OTHER STATE WHO HAS NOT BEEN PARDONED MAY NOT FILE A PETITION FOR NAME CHANGE UNTIL 10 YEARS HAVE PASSED SINCE COMPLETION AND DISCHARGE FROM HIS OR HER SENTENCE." THEREFORE, REQUEST DENIED. MOTION TO WAIVE PUBLICATION COSTS IS MOOT DUE TO DENIAL OF PETITION UNDER THE STATUTE. MOTION TO SEAL FILE IS GRANTED, DUE TO PETIIONER'S AFFIDAVIT WHICH STATES SHE FEARS VIOLENCE, DISCRIMINATION AND INVASION OF PRIVACY. FILE SEALED. CLERK TO SEND A COPY OF THIS DOCKET ENTRY TO PETITIONER. CLOSE FILE. | CCG |
| 07/30/2018 | Application to sue as a poor person filed on 07/30/2018. Entry of appearance for counsel PRO SE for plaintiff/petitioner IGLESIAS, CHRISTIAN NOEL. | UNASSIGNED |
| 07/30/2018 | Pro-se Complainant on Original Filing Entered. | UNASSIGNED |

For questions or comments about this web site, please see our Contacts Page.
Terms of use | Privacy policy
Advertise on Judici.
Copyright © 2002-2018 Judici
Last modified: 2018/09/13 12:17 Version: 3.9.0.228