in The United States District Court
for the Southern District of Florida
Miami Division

United States of America

VS.

Kenneth R. West,
(AKA- Cristian Noel Iglesias

Defendant

Case Number: 04-20872-CR-
Graham

APR 2 8 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Motion To Correct name on
Judgement & Commitment Order.

Comes now, Defendant, Kenneth R. West, AKA-
Cristian Noel Iglesias, moves this Honorable Court
to change the name from Cristian Noel Iglesias, AKA-
Kenneth R. West to Kenneth R. West, AKA-Cristian-
Noel Iglesias, this is to match Defendants
recent I.D. from the State of Florida. (Please-
see Attached as well as Social Security card
and Birth Certificate. The Bureau of Prisons
has my committed name as Cristian Noel Iglesias.
This is causing confusion in the R.R.C in miami.
Be advised the Court Docket, P.S.R reflect Kenneth R.West

Page 1 of 2

Therefore, Defendant Request and moves this Court to simply Change the name on the J & C to match the Court Docket sheet and Defendant's State I.D. & Social Security Number Card.

This is also the name that Defendant will be using on Supervised Release.

This motion does not cause any disruption in Justice, in fact it helps the U.S. Government Keep accurate names and I.D.s.

Defendant was released to R.R.C in miami on 3-10-22, is scheduled for release to Supervised Release on 12-25-22.

Defendant attached copies of Birth Certificate, I.D. Card from the State of Florida (recent new) Social Security Card (new) as Exibits.

Please Grant this motion.   _Kenneth R. West_

Kenneth R. West
4-27-22

Page 2 of 2

I Kenneth R. West, AKA - Cristian Noel Iglesias
Declare under the Penality of Perjury
that this Motion is true and
Correct,

Kenneth R. West

4-27-22

Delivered to the U.S. District Court
Clerks office by hand by Defendant
Kenneth R. West, AKA - Cristian Noel Iglesias
on 4-28-22.

Kenneth R. West
4-27-22

Page 3 of 3

USDC FLSD 245B (Rev. 12/03) - Judgment in a Criminal Case — Page 1 of 6

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

UNITED STATES OF AMERICA

v.

CRISTIAN NOEL IGLESIAS

FILED by _____ D.C.

JUL 29 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JUDGMENT IN A CRIMINAL CASE

Case Number: 04-20872-CR-GRAHAM

USM Number: 17248-018

Counsel For Defendant: Daniel Ecarius, AFPD
Counsel For The United States: William White, AUSA
Court Reporter: Carleen Horenkamp

The defendant pleaded guilty to Count One of the Indictment.
The defendant is adjudicated guilty of the following offense:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 18 U.S.C. § 2332a(b) | Threatened Use of a Weapon of Mass Destruction | July 22, 2002 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining Counts in the Indictment are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material changes in economic circumstances.

Date of Imposition of Sentence:
July 28, 2005

_Marcia G Cooke for_

DONALD L. GRAHAM
United States District Judge

July 29, 2005

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
by _____ Deputy Clerk
Date 8/3/05

```
    CRWIC  540*23  *           SENTENCE MONITORING          *    10-15-2021
    PAGE 001        *           COMPUTATION DATA             *    14:36:28
                                AS OF 10-15-2021

 REGNO..: 17248-018 NAME: IGLESIAS, CRISTIAN NOEL

 FBI NO..........: 815385MA9          DATE OF BIRTH: 06-10-1974  AGE:  47
 ARS1............: CRW/A-DES
 UNIT............: UNT 1N A-P          QUARTERS.....: H02-013U
 DETAINERS.......: NO                 NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 06-25-2022

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE: 12-25-2022 VIA GCT REL


 --------------------CURRENT JUDGMENT/WARRANT NO: 060 -----------------------

 COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
 DOCKET NUMBER...................: 04-20872-CR-GRAHAM
 JUDGE...........................: GRAHAM
 DATE SENTENCED/PROBATION IMPOSED: 07-28-2005
 DATE COMMITTED..................: 10-12-2005
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
 NON-COMMITTED.: $100.00         $00.00          $00.00       $00.00

 RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

 --------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....: 120     18:876 EXTORTION
 OFF/CHG: 18:2332A(B) THREATENED USE OF A WEAPON OF MASS DESTRUCTION

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   240 MONTHS
  TERM OF SUPERVISION............:     5 YEARS
  DATE OF OFFENSE................: 07-22-2002




 G0002      MORE PAGES TO FOLLOW . . .
```

```
   CRWIC  540*23 *            SENTENCE MONITORING         *    10-15-2021
PAGE 002 OF 002 *             COMPUTATION DATA            *    14:36:28
                               AS OF 10-15-2021
```

REGNO..: 17248-018 NAME: IGLESIAS, CRISTIAN NOEL


------------------------CURRENT COMPUTATION NO: 060 -------------------------

COMPUTATION 060 WAS LAST UPDATED ON 11-29-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-15-2008 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 060: 060 010

```
DATE COMPUTATION BEGAN..........: 07-28-2005
TOTAL TERM IN EFFECT............:   240 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    20 YEARS
EARLIEST DATE OF OFFENSE........: 07-22-2002

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 945
TOTAL GCT EARNED................: 729
STATUTORY RELEASE DATE PROJECTED: 12-25-2022
ELDERLY OFFENDER TWO THIRDS DATE: 11-27-2018
EXPIRATION FULL TERM DATE.......: 07-27-2025
TIME SERVED.....................:    16 YEARS      2 MONTHS     18 DAYS
PERCENTAGE OF FULL TERM SERVED..: 81.0
PERCENT OF STATUTORY TERM SERVED: 93.1

PROJECTED SATISFACTION DATE.....: 12-25-2022
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: COMP 060 RUNNING CONCURRENT WITH COMP 050.
               02/15/08 UPDATE GCT DIS. BGC/NOV. GCT DIS 06-21-12L/AJB
               GCT DIS 11-14-12L/AJB.  01-09-2015 LOSS GCT#2659913 L/JS
               11-29-19 GCT UPDATE PURSUANT TO GCT FSA-L/JMD


G0000      TRANSACTION SUCCESSFULLY COMPLETED





This card belongs to the Social Security Administration and you must return it if we ask for it.

If you find a card that isn't yours, please return it to:

Social Security Administration
P.O. Box 33008, Baltimore, MD 21290-3008

For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card you will not receive a response.

**Social Security Administration**
Form SSA-3000 (08-2011)

H58167152



STATE OF FLORIDA

**THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.    HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.**

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF BIRTH

STATE FILE NUMBER:  **109-1974-045624**

DATE ISSUED: **MARCH 16, 2022**

DATE FILED:   **JULY 3, 1974**

CHILD'S NAME:  **KENNETH  RAY  WEST**

DATE OF BIRTH:  **JUNE 10, 1974**

SEX:  **MALE**

COUNTY OF BIRTH:  **HERNANDO COUNTY**

MOTHER'S NAME:  **LINDA  JO  SKINNER**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

FATHER'S NAME:  **BILLY  RAY  WEST**

*Ken Jones* , **STATE REGISTRAR**

REQ:  **2023767680**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

VOID IF ALTERED OR ERASED



DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD



