UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 04-20872-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH R. WEST
a/k/a CHRISTIAN NOEL IGLESIAS,

                          **ORDER**

    Defendant.
_____/

**THIS CAUSE** came before the Court on Defendant's Motion to Correct Name on Judgement and Commitment Order [ECF No. 60].

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Assistant United States Attorney assigned to this case shall file a response within fifteen (15) days of the date of this order.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 29th day of April, 2022.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied:  All Counsel of Record