**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 04-CR-20872-DLG

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH R. WEST
a/k/a CRISTIAN NOEL IGLESIAS,

Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Defendant's Motion to Correct Judgment and Commitment Order (ECF No. 62).

**THE COURT** has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised in the premises.

On May 12, 2022, the Government filed its response in opposition to the instant motion, arguing the Court should deny the motion based upon the same rationale supporting its denial of Defendant's 2018 motion to revise judgment and commitment order (ECF No. 56, 59). Notably, in 2018, Defendant requested that the Court revise the judgment and commitment order to reflect a newly adopted name, *Christina Nicole* Iglesias, instead of *Christian Noel* Iglesias. The Court denied the motion, reasoning, Defendant's name change occurred after the judgment and commitment order was entered, and defendants do "not have a constitutional right to have [] pre-existing prison records altered to reflect [a] newly adopted name." (ECF No. 59 citing United States v. Baker, 415 F. 3d 1273, 1274 (11th Cir. 2005)).

The issue at hand in the instant motion differs from that considered by the Court in 2018. Defendant now argues that the name on the judgment and commitment order does not reflect the Defendant's legal name at the time the order was entered. Indeed, the order reads "Cristian Noel Iglesias a/k/a Kenneth R. West," while all other filings, including the indictment, and the Government's opposition to the instant motion, identify him as "Kenneth R. West a/k/a Cristian Noel Iglesias." Copies of Defendant's birth certificate and social security card also indicate that Defendant's name is Kenneth R. West, not Cristian Noel Iglesias. As such, it appears that the discrepancy may have been a result of a clerical error in the record arising from oversight or omission, subject to correction pursuant to Fed. R. Crim. P. 36.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that the Government shall, within 5 days, file a response to Defendant's Motion, addressing the discrepancy between the name listed on Defendant's birth certificate, the indictment, and other court filings, and the Defendant's name as it appears on the judgment and commitment order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of May, 2022.

```
                                    s/Donald L. Graham
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE
```

cc:  All Counsel of Record