UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20872-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

KENNETH R. WEST
a/k/a CRISTIAN NOEL IGLESIAS,

     **Defendant.**
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO WEST'S MOTION TO CORRECT JUDGMENT AND COMMITMENT ORDER

The United States, by and through the undersigned Assistant United State Attorney, hereby submits this supplemental response, as directed by the Court (DE 63), to Defendant West's Motion to Correct Judgment and Commitment Order, filed on April 28, 2022 (DE 60). This court should deny the instant motion:

## BACKGROUND

On March 11, 2005, West plead guilty to Count 1 of the Superseding Indictment which charged threatening the use of a weapon of mass destruction (DE 31). On July 27, 2005, the Court sentenced West to 240 months' imprisonment followed by five years of supervised release. On July 29, 2005, the Judgment and Commitment for West was entered on the docket (DE 51).

On September 5, 2018, West filed a Motion to Revise Judgment and Commitment Order (DE 56) to change the Defendant's name to Cristina Nicole Iglesias with support from a document from The Circuit Court of the First Judicial Circuit, Williamson County, Illinois, granting a legal name change (DE 56, p.8). On September 26, 2018, the United States filed a Response in

1

Opposition (DE 58) showing the document from the Defendant's motion was fictitious and the state court denied the name change. On October 12, 2018, this Court denied the Defendant's Motion (DE 59).

## ARGUMENT

On December 6, 2004, the defendant filed a Notice of Change of Name and Petition to Reflect all Court Records (DE 6). In that pleading, the defendant attached as an Exhibit a Florida State Court Order granting him a name change and that his new name was Cristian Noel Iglesias.

In January 2005, a Superseding Indictment was returned which included this new name change and the caption was Kenneth R. West a/k/a Cristian Noel Iglesias (DE 17). The Judgment and Conviction has the caption as Cristian Noel Iglesias a/k/a Kenneth R. West (DE 51).

It is the government's position that these are the same in that they are listed as aliases and thus, there is no clerical error. Moreover, this defendant has made numerous inconsistent statements as to what his name is. It is unknown what if any reason is behind this change of position. However, it is clear that the Federal Rules of Criminal Procedure do not permit the defendant to "flip flop" as to what his name is, and have the court records changed on his whim.

## CONCLUSION

The Federal Rules of Criminal Procedure bar the requested relief as this is not a clerical error.

                                          Respectfully submitted,

                                          JUAN ANTONIO GONZALEZ
                                          UNITED STATES ATTORNEY

By:    */s/ Karen E. Gilbert*
        KAERN E. GILBERT
        ASST. UNITED STATES ATTORNEY
        Florida Bar Number 771007
        99 Northeast 4th Street, 4th Floor
        Miami, FL 33132
        Telephone: (305) 961-9161
        Email: Karen.Gilbert@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and a copy was mailed to Kenneth R. West a/k/a Cristian Noel Iglesias, Reg No. 17248-018, Residential Reentry Miami.

                                          */s/ Karen E. Gilbert*
                                          KAREN E. GILBERT
                                          ASST. UNITED STATES ATTORNEY