**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 04-CR-20872-DLG

UNITED STATES OF AMERICA,

v.

KENNETH R. WEST
a/k/a CRISTIAN NOEL IGLESIAS,

Defendant.
_____/

## ORDER

   **THIS CAUSE** comes before the Court upon the Defendant's Motion to Correct Judgment and Commitment Order (ECF No. 62).

   **THE COURT** has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised in the premises.

   Defendant, in the instant motion, argues his name as it appears on the Judgment and Commitment Order, C*ristian Noel Iglesias a/k/a Kenneth R. West*, "is causing confusion in the R.R.C. in Miami" and the Judgment and Commitment Order should be amended to read, *Kenneth R. West a/k/a Cristian Noel Iglesias* instead. Accordingly, it is hereby

   **ORDERED AND AJUDGED** that the Bureau of Prisons shall, within 5 days, file a response to Defendant's Motion, addressing whether changing the order of the names listed on the Judgment and Commitment Order would alleviate any confusion for the BOP.

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of July, 2022.

                                        s/Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record
     Bureau of Prisons