**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 04-20872-CR-GRAHAM**

**UNITED STATES OF AMERICA**

vs.

**KENNETH R. WEST**
a/k/a **CRISTIAN NOEL IGLESIAS,**

     **Defendant.**
_____/

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO WEST'S MOTION TO CORRECT JUDGMENT AND COMMITMENT ORDER**

The United States, by and through the undersigned Assistant United State Attorney, hereby submits this supplemental response which provides the answer to the question posed by the Court (DE 65). The Court Ordered that the Bureau of Prisons (BOP) address whether changing the order of the names listed on the Judgment and Commitment Order would alleviate any confusion for the BOP as to Kenneth R West.

**BOP RESPONSE**

The undersigned has communicated with BOP. The position of BOP is that there is no confusion within BOP or the Residential Re-Entry Center over the defendant's name as it currently appears in the Judgement and Commitment Order.

By way of background, according to information the undersigned received from BOP counsel, BOP Program Statement 5800.15, CN-1 (Correctional Systems Manual) states, in relevant

part (Chapter 4, page 2):

**d. Inmate Committed, Legal, and True Names.** The name entered on the J&C is considered the committed name to be used by the inmate, as well as the Bureau. SENTRY must reflect the committed name, which may only be changed by an order from the Federal sentencing court. Court orders will be filed in the J&C file in accordance with Attachment A of this Manual and the DSCC will be notified accordingly.

The Judgment and Commitment order (J&C) in this case lists the Defendant's name as "Cristian Noel Iglesias a/k/a Kenneth R. West." Accordingly, BOP has referred to Defendant as "Cristian Noel Iglesias."

In the Motion, Defendant claims the BOP's use of "Cristian Noel Iglesias" is causing confusion at the Residential Reentry Center (RRC) at which Defendant currently resides. (DE 60). BOP has conferred with the RRC and neither the BOP nor the RRC are aware of any confusion currently being caused by BOP's use of "Cristian Noel Iglesias." That said, BOP is aware that Defendant does have an identification card and a social security card in the name of "Kenneth R. West."

Conversely though, given that Defendant currently has future medical appointments booked under the name "Cristian Noel Iglesias" it may potentially cause confusion for BOP now to begin referring to Defendant as "Kenneth R. West." However, should the Court change the J&C to refer to Defendant as "Kenneth R. West", BOP will follow Program Statement 5800.15, CN-1, as stated above.

In any case, whether the Court modifies the J&C or not, BOP will work with the Defendant

2

in its best effort to avoid any confusion. Ultimately, BOP takes no position as to whether the Court should grant Defendant's motion.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:   */s/ Karen E. Gilbert*
      KAERN E. GILBERT
      ASST. UNITED STATES ATTORNEY
      Florida Bar Number 771007
      99 Northeast 4th Street, 4th Floor
      Miami, FL 33132
      Telephone: (305) 961-9161
      Email: Karen.Gilbert@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and a copy was mailed to Kenneth R. West a/k/a Cristian Noel Iglesias, Reg No. 17248-018, Residential Reentry Miami.

        */s/ Karen E. Gilbert*
        KAREN E. GILBERT
        ASST. UNITED STATES ATTORNEY